1030

THE STATE OF WASHINGTON, *Respondent*, v. JARROD DUANE STOUDMIRE, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 92-1-02985-7, Frederick B. Hayes, J., entered November 9 and December 4, 2000. *Remanded* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.

LISE B. WILBER, *Plaintiff*, v. RORY TURNER, ET AL., *Defendants*.
RORY TURNER, ET AL., *Respondents*, v. THE STATE OF WASHINGTON, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Pierce County, No. 99-2-04893-3, D. Gary Steiner, J., entered April 5 and May 2, 2001. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. SHANE TIMOTHY MORSE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-00606-5, Wm. Thomas McPhee, J., entered August 3, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.